UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUL 21 PM 3:27

CLERK_____
SO. DIST. OF GA.

UNITED STATES OF AMERICA, )
)
V. )
) Case No.: 1:15-CR-00063
CHRISTOPHER J. CUNNINGHAM, )
)
Defendant. )

## ORDER FOR LEAVE OF ABSENCE

The foregoing Motion for Leave of Absence having been read and considered, said Leave of Absence is hereby granted.

SO ORDERED THIS 21st day of July, 2015.

_____
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Prepared By:

/s/ Travers W. Chance
TRAVERS W. CHANCE
Law Office of Travers W. Chance, P.C.
601 North Belair Square, Suite 13
Evans, Georgia 30809
(706) 496-8335 phone
(706) 496-8932 facsimile