IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-063 |
| | ) | |
| CHRISTOPHER JODALE CUNNINGHAM | ) | |
| WILLIE WILLIAM SMITH | ) | |
| RICARDO MANDRELL MOBLEY | ) | |

_____

**O R D E R**
_____

Pursuant to Fed. R. Crim. P. 12.1, the government requests that each of the captioned Defendants serve a written notice of his intention to offer an alibi defense. Defendant Cunningham does not oppose the motion and has already filed a Notice of Alibi Witnesses. (Doc. no. 45.) Defendants Smith and Mobley have filed no response to the government's motion. The Court **GRANTS** the motion, (doc. no. 36), and each Defendant shall serve upon the government his notice of intent to rely upon an alibi defense, if applicable, within fourteen days of the date of this Order.

SO ORDERED this 29th day of July, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA