IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-063 |
| | ) | |
| CHRISTOPHER JODALE  CUNNINGHAM | ) | |
| WILLIE WILLIAM SMITH | ) | |

_____

**O R D E R**

_____

The above-captioned Defendants are before the Court charged with one count of Armed Bank Robbery, one count of Conspiracy to Use One or More Firearms During a Violent Crime, and one count of Using, Carrying, and Brandishing a Firearm During a Crime of Violence.  (See doc. no. 1.)  The Court presumes the liberal discovery policy that the government has confirmed it is applying in this case has resulted in the resolution of all discovery issues.   Indeed, neither Defendant alleges any specific inadequacies in the discovery provided by the government to date, and the government states it has furnished Defendants with the investigation reports of the Federal Bureau of Investigation, Richmond County Sheriff's Office, and the United States Attorney's Office, excepting attorney and agent work product.  (Doc. no. 38, p. 1.)  All known statements by Defendants, as well as their criminal records, have also been provided.  (Id. at 2.)  To the extent, if any, a party believes there are specific inadequacies in the discovery exchanged to date that have not been addressed, the Court directs such party to confer in good faith with the opposing party and file, if necessary, a discovery motion and supporting brief within seven days from the date of

this Order.

As to the discovery motion filed by the government, it seeks reciprocal discovery from each Defendant under Rule 16(b) of the Federal Rules of Criminal Procedure, including a written summary of any evidence either Defendant intends to offer under Fed. R. Evid. 702, 703, or 705. In light of the government's willingness to provide liberal discovery and the unopposed nature of the request, the Court **GRANTS** this motion (doc. no. 37), and any information not yet furnished shall be provided to the government no later than fourteen days from the date of this Order.

SO ORDERED this 31st day of July, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA